

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
06/06/2019

IN RE:　　　　　　　　　　　　　　　　　　CASE NO. 14–34847
John Tobin and Stephanie Tobin　　　　　　　CHAPTER 13

　　　　Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

　　The following motion is GRANTED:

*51* – Motion to Deposit Funds into the Court Registry Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

　　These unclaimed funds may be deposited into the Registry of the Court:

　　　　　　Amount: $ 13,000.00
　　　　　　Owed to: Internal Revenue Service

　　Signed and Entered on Docket: 6/6/19.

　　　　　　　　　　　　　　　　　　by: <u>Kristy Love</u>
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000−3.